**Akil Rashidi BEY, ex rel. Akido GRAVES, Plaintiff– Appellant,**

v.

**COMMONWEALTH; PWC Adult Detention Center; Tracy Calvin Hudson, Judge, In his personal and official capacity; Lon Edward Farris, Judge, In his personal and official capacity; PWC Pretrial Services Jane Doe 1, In her personal and official capacity; PWC Sheriff Dept and Co's Jane Doe 1, In their personal and official capacity; Shandra Cobb, In their personal and official capacity; Jamie Sansale, In their personal and official capacity; CASA, In their personal and official capacity; Carylon Grahm, In their** **personal and official capacity; PWC Sheriff Dept and Co's John Doe 1–3, In their personal and official capacity, Defendants–Appellees.**

No. 14–1398.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 28, 2014.

Akil Rashidi Bey, Appellant Pro Se. John David McChesney, Office of the Attorney General of Virginia, Richmond, Virginia; Alexander Francuzenko, Cook Craig & Francuzenko, PLLC, Fairfax, Virginia; Jeffrey Notz, County Attorney's Office, Prince William, Virginia, for Appellees.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Akil Rashidi Bey appeals the district court's order dismissing his U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bey v. Commonwealth*, No. 1:13-cv-00176-LO-IDD, 2014 WL 1233443 (E.D.Va. Mar. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*